# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:07CV23
## (5:99CR39)

| | |
|---|---|
| **GREGORY E. CAPLINGER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for admission *pro hac vice* of David Jay Bernstein, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Petitioner's motion is **ALLOWED**, and David Jay Bernstein is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: August 28, 2007

Lacy H. Thornburg
United States District Judge