UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:07CV23-T
(5:99CR39)

| | | |
|---|---|---|
| GREGORY E. CAPLINGER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | <u>J U D G M E N T</u> |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion pursuant to 28 U.S.C. § 2255 is **DENIED,** the Respondent's motion for summary judgment is **ALLOWED,** and this matter is hereby **DISMISSED WITH PREJUDICE**.

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. § 2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

2

Signed: July 8, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge